

# NUMBER 13-22-00170-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

---

**ARTIE DUHART,** **Appellant,**

**v.**

**JOSE LUIS MONTEJANO INC.,** **Appellee.**

---

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Memorandum Opinion by Justice Longoria**

On April 13, 2022, appellant filed a notice of appeal. On April 14, 2022 and June 13, 2022, the Clerk of the Court notified appellant that his notice of appeal was not in compliance with the Texas Rules of Appellate Procedure. Appellant was also advised that, if the defects were not corrected within ten days from the date of the letter, the appeal would be dismissed. TEX. R. APP. P. 42.3(b),(c).

Furthermore, on April 13, 2022 and May 3, 2022, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See id.* 42.3(b),(c).

Appellant has not paid the filing fee nor otherwise responded to the notices from the Clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b),(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
30th day of June, 2022.

2